```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF ARKANSAS
         FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.                    2:10CR20057-005

URIEL LIRA-PEREZ                                        DEFENDANT

## **ORDER**

Currently before the Court are Defendant's Motion for Return of Property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure (doc. 249) and the Government's response (doc. 251).

The property that is the subject of Defendant's Motion was not seized by federal authorities. The property was the subject of a forfeiture proceeding in Sebastian County Circuit Court, case number CV-2010-1918. Accordingly, Defendant's Motion (doc. 249) is DENIED, and he is advised that any relief in connection with the seized property should be sought in the state court.

IT IS SO ORDERED this 14th day of May, 2012.

/s/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge