IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          NO. 10CR20057-005

URIEL LIRA-PEREZ                                            DEFENDANT

                          O R D E R

     On this 19th day of September 2012, there comes on for

consideration the report and recommendation filed in this case

on August 31, 2012, by the Honorable James R. Marschewski,

United States Magistrate for the Western District of Arkansas.

(Doc. 260).  No objections were filed.

     The court has reviewed this case and, being well and

sufficiently advised, finds as follows:  The report and

recommendation is proper and should be and hereby is adopted in

its entirety.  Accordingly, Defendant's *pro se* Motion to Dismiss

(Doc. 256) is DENIED.

     IT IS SO ORDERED.

                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge