IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          NO. 10CR20057-005

URIEL LIRA-PEREZ                                            DEFENDANT

O R D E R

On this 18th day of April 2013, there comes on for consideration the report and recommendation filed in this case on January 29, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 270). Also before the Court are Defendant's objections. (Doc. 271).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 263) is **DENIED AND DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge